IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13522-DD

_____

CHIEF WARRANT OFFICER 4,
United States Marine Corps,
LANCE CORPORAL 3,
United States Marine Corps,
MIDSHIPMAN 2/C,
United States Marine Corps,
GUNNERY SERGEANT,
United States Marine Corps,
COLONEL FINANCIAL MANAGEMENT OFFICER, et al.,

                                      Plaintiffs - Appellees,

versus

SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE,
COMMANDANT, UNITED STATES MARINE CORPS,

                                      Defendants - Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

"Defendants-Appellants' unopposed motion to hold this appeal in abeyance pending District Court Proceedings" is GRANTED.

Appellants' brief is due forty (40) days after the district court completes the proceedings described in its January 10, 2023 order, with the appendix due seven (7) days from the filing of the brief.

Counsel is DIRECTED to file monthly status reports by the 15th of every month.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE